ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern @akerman.com
Email: william.habdas@akerman.com

*Attorneys for U.S. Bank, National Association, As Trustee for CSFB Mortgage-Backed Pass-Through Certificates Series 2004-5 and Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA M. BERGENFIELD, | Case No.: 2:16-cv-01691-RFB-PAL |
| Plaintiff, | **NOTICE OF DISASSOCIATION** |
| vs. | |
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2004-5; NATIONSTAR MORTGAGE LLC; DOES I through X; ROE CORPORATIONS I through X; inclusive | |
| Defendant. | |

PLEASE TAKE NOTICE that Attorneys for U.S. Bank, National Association, As Trustee for CSFB Mortgage-Backed Pass-Through Certificates Series 2004-5 and Nationstar Mortgage LLC hereby provides notice that Christine M. Parvan, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

42879345;1

Akerman LLP continues to serve as counsel for U.S. Bank, National Association and Nationstar Mortgage LLC in this action. All future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Wiliam S. Habdas, Esq. receive all future notices.

Respectfully submitted, this 18th day of September, 2017.

AKERMAN LLP

/s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for U.S. Bank, National Association, As Trustee for CSFB Mortgage-Backed Pass-Through Certificates Series 2004-5 and Nationstar Mortgage LLC*

## COURT APPROVAL

IT IS SO ORDERED.

Date: September 19, 2017

UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed to:

Jacob L. Hafter, Esq.
**Hafterlaw**
6851 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Marcia M. Bergenfield*

_/s/ Doug J. Layne_____
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572